# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Huvelle, Ellen S. | US District Court for the District of Columbia | 10/29/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge - senior status | ☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final | 01/01/2020<br>to<br>10/10/2020 |
|  | 5b. ☑ Amended Report |  |

**7. Chambers or Office Address**

333 Constitution Avenue NW
Washington DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Board Member | Condominum Asssociation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Senior Counsel in Covington & Burling, LLP |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 10/27/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Nationstar (previously held by Bank of America) | Mortgage on Rental Property, Washington, DC (Part VII, Line 87) | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 10/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Anheuser Busch Inbev SA SPON (BUD) | A | Dividend | J | T | | | | | |
| 2. | CSX Corp | A | Dividend | L | T | | | | | |
| 3. | Fiserve Inc ( fka First Data Corp) | | None | K | T | | | | | |
| 4. | INVESCO Intl Growth | | None | L | T | | | | | |
| 5. | iShares US Healthcare ETF | A | Dividend | M | T | | | | | |
| 6. | iShares MSCI EAFE Fund | C | Dividend | M | T | | | | | |
| 7. | iShares S&P Small Cap 600 Growth | A | Dividend | K | T | | | | | |
| 8. | Oracle Corp | A | Dividend | L | T | | | | | |
| 9. | PepsiCo Inc | A | Dividend | K | T | | | | | |
| 10. | Schwab Government Money Fund | A | Interest | K | T | | | | | |
| 11. | DFA Large Cap International | C | Dividend | N | T | Buy | 03/30/20 | M | | |
| 12. | | | | | | Buy (add'l) | 03/31/20 | K | | |
| 13. | Schwab Tax Free Bond | E | Dividend | P1 | T | Sold (part) | 03/09/20 | N | E | |
| 14. | | | | | | Buy (add'l) | 07/27/20 | K | | |
| 15. | SPDR S&P 500 ETF | E | Dividend | P1 | T | Sold (part) | 07/27/20 | L | E | |
| 16. | Vanguard 500 Index Admiral | C | Dividend | N | T | Buy | 03/09/20 | N | | |
| 17. | | | | | | Sold (part) | 08/31/20 | M | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 10/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Vanguard High Dividend Yield | D | Dividend | N | T | | | | | |
| 19. Vanguard Interm-Term Tax-Exempt Adm | D | Dividend | O | T | Buy<br>(add'l) | 01/08/20 | L | | |
| 20. | | | | | Buy<br>(add'l) | 02/04/20 | J | | |
| 21. | | | | | Buy<br>(add'l) | 06/17/20 | J | | |
| 22. | | | | | Buy<br>(add'l) | 08/06/20 | K | | |
| 23. | | | | | Buy<br>(add'l) | 08/31/20 | M | | |
| 24. Vanguard Ltd-term Tx-Ex Adm X | A | Dividend | L | T | Buy | 08/31/20 | L | | |
| 25. Vanguard FTSE Emerging Markets ETF | B | Dividend | M | T | | | | | |
| 26. Vanguard Short Term Treasury | B | Dividend | N | T | | | | | |
| 27. Yum Brands | A | Dividend | K | T | | | | | |
| 28. DFA International Core Equity I | A | Dividend | | | Sold | 03/30/20 | M | | |
| 29. Yum China Holdings | A | Dividend | | | Donated | | | | |
| 30. Dell Technologies Inc. CL V | | None | J | T | | | | | |
| 31. IRA #2 Charles Schwab (H) | | | | | | | | | |
| 32. -Abbott Laboratories | A | Dividend | K | T | | | | | |
| 33. -Arbitrage Fds Cl 1 | | None | N | T | | | | | |
| 34. -DoubleLine Core Fixed Income I | D | Dividend | | | Sold | 06/17/20 | O | B | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 10/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.　-DWS RREEF Real Assets Inst X | | None | M | T | Buy | 08/05/20 | M | | |
| 36.　-Guggenheim Total Return Bond Instl X | D | Dividend | O | T | Buy | 06/17/20 | O | | |
| 37. | | | | | Buy<br>(add'l) | 07/22/20 | M | | |
| 38.　- Schwab Government Money Fund | A | Interest | J | T | | | | | |
| 39.　-Templeton Global Bond adv | C | Dividend | | | Buy<br>(add'l) | 01/08/20 | J | | |
| 40. | | | | | Sold | 07/22/20 | M | | |
| 41.　-Under Armour | | None | J | T | | | | | |
| 42.　- Vanguard Short Term Bond Index X | A | Dividend | L | T | Buy | 08/04/20 | L | | |
| 43.　-Vanguard Short-Term Treasury Adm | A | Dividend | | | Sold | 08/05/20 | L | B | |
| 44.　-DFA Emerging Markets Core Equity I | B | Dividend | M | T | | | | | |
| 45.　-DFA International Core Equity I | B | Dividend | M | T | | | | | |
| 46.　-PIMCO All Asset | B | Dividend | | | Sold | 08/05/20 | M | | |
| 47.　Astrazeneca Plc X | A | Dividend | J | T | Buy | 07/21/20 | J | | |
| 48.　ExxonMobil | A | Dividend | | | Sold | 03/17/20 | K | | |
| 49.　Chevron Corp X | B | Dividend | K | T | Buy | 03/17/20 | K | | |
| 50.　Facebook Inc | | None | | | Donated | | | | |
| 51.　IBM | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 10/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | Vaxart Inc Com New X | | None | J | T | Buy | 06/29/20 | J | | |
| 53. | | | | | | Sold<br>(part) | 07/21/20 | J | B | |
| 54. | | | | | | Sold<br>(part) | 07/27/20 | J | A | |
| 55. | Zoom Video Communications X | | None | K | T | Buy | 03/23/20 | K | | |
| 56. | | | | | | Donated<br>(part) | | | | |
| 57. | Schwab Government Money Fund | A | Interest | K | T | | | | | |
| 58. | INVESCO Diversified Dividend | B | Dividend | L | T | | | | | |
| 59. | iShares Core MSCI emerging mkts | B | Dividend | | | Sold | 06/17/20 | M | | |
| 60. | iShares MSCI EAFE | B | Dividend | M | T | | | | | |
| 61. | iShares Morningstar Large Cap Value<br>(formerly iShares TR Large Value) | C | Dividend | M | T | | | | | |
| 62. | iShares Morningstar Mid Value (formerly<br>iShares TR Mid Value) | C | Dividend | M | T | | | | | |
| 63. | iShares S&P 500 Growth | A | Dividend | M | T | | | | | |
| 64. | iShares S&P 600 Growth | A | Dividend | L | T | | | | | |
| 65. | Oppenheimer Developing Markets Fund | | None | K | T | | | | | |
| 66. | Schwab Tax Free Bond | D | Dividend | O | T | Sold<br>(part) | 03/31/20 | N | D | |
| 67. | SPDRs S&P 500Fd ETF | E | Dividend | P1 | T | | | | | |
| 68. | Vanguard Interm-Term Tx-Ex Adm X | A | Dividend | | | Buy | 01/08/20 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 10/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | | Sold | 03/31/20 | M | | |
| 70. | Vanguard High Dividend Yield | D | Dividend | M | T | | | | | |
| 71. | Vanguard FTSE Emerging Markets ETF | C | Dividend | M | T | | | | | |
| 72. | DFA Emerging Markets Core Equity I X | C | Dividend | M | T | Buy | 06/17/20 | M | | |
| 73. | DFA International Core Equity I | A | Dividend | | | Sold | 03/30/20 | N | | |
| 74. | DFA Large Cap International X | C | Dividend | N | T | Buy | 03/30/20 | N | | |
| 75. | Amgen Inc. | A | Dividend | K | T | | | | | |
| 76. | Doubleline Core Fixed Income 1 | C | Dividend | M | T | | | | | |
| 77. | Vanguard Extended Market ETF | A | Dividend | M | T | | | | | |
| 78. | PIMCO All Asset | A | Dividend | | | Sold | 08/05/20 | K | A | |
| 79. | Vanguard Short Term Treasury Adm | B | Dividend | M | T | | | | | |
| 80. | Vanguard Ltd-Term Tx-Ex Adm X | C | Dividend | O | T | Buy | 03/31/20 | O | | |
| 81. | | | | | | Buy<br>(add'l) | 08/06/20 | L | | |
| 82. | IRA #1 (H) | | | | | | | | | |
| 83. | -DFA U.S. Large Cap Value | B | Dividend | | | Sold | 07/22/20 | M | | |
| 84. | -DoubleLine Core Fixed Income I | B | Dividend | L | T | Buy<br>(add'l) | 08/05/20 | J | | |
| 85. | - Schwab Fundamental US Large Company X | | None | M | T | Buy | 07/22/20 | M | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 10/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | Schwab Government Money Fund X | | None | J | T | | | | | |
| 87. | Rental Property, Washington, DC | E | Rent | N | S | | | | | |
| 88. | Retirement Account (H) | | | | | | | | | |
| 89. | -JPMorgan Emerging Markets Equity R6 | | None | M | T | Buy | 04/09/20 | L | | |
| 90. | -Lazard Emerging Mkts | | None | | | Sold | 04/09/20 | L | | |
| 91. | -Metropolitan West Total Return | B | Interest | M | T | | | | | |
| 92. | Retirement Account-IRA #3 (H) | | | | | | | | | |
| 93. | - Schwab Government Money Fund | A | Interest | K | T | | | | | |
| 94. | -Arbitrage Fds Cl I | | None | N | T | | | | | |
| 95. | -DoubleLine Core Fixed Income I | D | Dividend | N | T | | | | | |
| 96. | -DWS RREEF Real Assets Inst X | | None | O | T | Buy | 08/05/20 | M | | |
| 97. | | | | | | Buy<br>(add'l) | 08/18/20 | N | | |
| 98. | -Eaton Vance Glbl Macr Absolute Retrn 1 | D | Dividend | N | T | | | | | |
| 99. | -Guggenheim Total Return Bond Instl X | B | Dividend | N | T | Buy | 07/22/20 | N | | |
| 100. | -Templeton Income Global Bond Advisor | D | Dividend | | | Sold | 07/22/20 | N | | |
| 101. | -Vanguard Short Term Treasury Adm | C | Dividend | | | Buy<br>(add'l) | 03/31/20 | N | | |
| 102. | | | | | | Sold | 08/04/20 | O | E | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 10/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. -Vanguard Short Term Bond Index Adm X | B | Dividend | O | T | Buy | 08/04/20 | O | | |
| 104. -Vanguard Total Bond Market | B | Dividend | | | Buy (add'l) | 02/04/20 | J | | |
| 105. | | | | | Sold | 03/31/20 | N | D | |
| 106. -PIMCO All Asset | C | Dividend | | | Sold (part) | 08/05/20 | M | | |
| 107. | | | | | Sold | 08/18/20 | N | | |
| 108. -AQR Equity Market Neutral 1 | | None | N | T | Buy (add'l) | 01/08/20 | K | | |
| 109. | | | | | Buy (add'l) | 07/27/20 | K | | |
| 110. -AQR Managed Futures Strategy I | | None | O | T | Buy (add'l) | 07/22/20 | K | | |
| 111. -DFA Emerging Mkts Core Equity I | C | Dividend | M | T | Buy (add'l) | 06/17/20 | J | | |
| 112. -iShares Gold Trust | | None | O | T | Sold (part) | 07/27/20 | M | E | |
| 113. Variable Annuity Account (H) | | | | | | | | | |
| 114. -DFA VA International Value | | None | K | T | | | | | |
| 115. -DFA VA US Large Value | | None | K | T | | | | | |
| 116. -Vanguard VA Total Stock Mkt Index | | None | L | T | | | | | |
| 117. -Vanguard VA International | | None | K | T | | | | | |
| 118. -Vanguard VA Short Term Invest Grade | | None | K | T | | | | | |
| 119. -Vanguard VA Total Bond Mkt Index | | None | M | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 10/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  529 Account (H) | | | | | | | | | |
| 121.  -American Mutual Fd 529 | A | Dividend | J | T | | | | | |
| 122.  -Euro Pacific Growth Fund 529F | | None | K | T | | | | | |
| 123.  -Bond Fund of America 529F | A | Dividend | K | T | | | | | |
| 124.  -Washington Mutual 529F | A | Dividend | K | T | | | | | |
| 125.  -Short Term Bond Fund of America 529 F | A | Dividend | J | T | | | | | |
| 126.  529 Account (H) #2 | | | | | | | | | |
| 127.  -American Mutual Fd 529F | A | Dividend | J | T | | | | | |
| 128.  -Bond Fund of America 529F | A | Dividend | K | T | | | | | |
| 129.  -Euro Pacific Growth Fund 529F | | None | K | T | | | | | |
| 130.  -Washington Mutual 529F | A | Dividend | K | T | | | | | |
| 131.  - Short Term Bond Fund Of America 529 F | A | Dividend | J | T | | | | | |
| 132.  529 Account (H) #3 | | | | | | | | | |
| 133.  -American Mutual Fd 529F | A | Dividend | J | T | | | | | |
| 134.  -Bond Fund of America 529F | A | Dividend | J | T | | | | | |
| 135.  -Euro Pacific Growth Fund 529F | | None | J | T | | | | | |
| 136.  - Washington Mutual 529F | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 10/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  Autumn Smile Broadway LLC | D | Distribution | J | U | | | | | |
| 138.  Autumn Smile US Tour LLC | E | Distribution | J | U | | | | | |
| 139.  Mr. Sheffield LLC | | None | K | U | | | | | |
| 140.  Covington & Burling LLP | | None | N | U | | | | | |
| 141.  For Forever London LLC | A | Interest | K | U | | | | | |
| 142.  529 Account ( H) #4 | | | | | | | | | |
| 143.  -Washington Mutual 529F | A | Dividend | J | T | | | | | |
| 144.  -Euro Pacific Gwth Fd 529F | | None | J | T | | | | | |
| 145.  -Bond Fund Of America 529F | A | Dividend | J | T | | | | | |
| 146.  -American Mutual Fd 529F | A | Dividend | J | T | | | | | |
| 147.  Schwab Government Money Fund | A | Int./Div. | M | T | | | | | |
| 148.  Okta Inc | | None | L | T | | | | | |
| 149.  Short Term Income Pool X | | None | L | T | Sold<br>(part) | 03/04/20 | J | | |
| 150. | | | | | Sold<br>(part) | 03/20/20 | J | | |
| 151. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The assessed value of the Rental Property reported on line 87, Part VII, is $478,800.

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 10/27/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ellen S. Huvelle**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544